## Deyo and Another *v.* Reynolds.

Surprise may be a ground for a new trial.

APPEAL from the *St. Joseph* Circuit Court.

*Per Curiam.*—In this case a new trial was asked on the ground of surprise, and other causes.  Surprise may be a ground for a new trial.  Perk. Prac. p. 304.  We fear justice has not been reached on the trial had.  The case seems

to have been but partially got before the Court and jury. We incline strongly to the opinion that justice demands a new trial.

The judgment is reversed, with costs. Cause remanded for further proceedings.

*J. F. Miller* and *W. G. George*, for appellants.

*James Bradley*, for appellee.